| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DIAMOND, GUSTAVE | 2. Court or Organization<br><br>U.S. District Court, W.D. PA | 3. Date of Report<br><br>05/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court, W.D. PA<br>821 U.S.P.O. & Courthouse<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Diamond, Gustave

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 12/01/09 | J | | |
| 2. Formerly Smith Barney cash portfolio now Citibank NA S.D. | A | Interest | J | T | | | | | |
| 3. AFLAC, Stock | A | Dividend | K | T | | | | | |
| 4. Am. Funds, American Balanced Fund | A | Dividend | J | T | | | | | |
| 5. Am. Funds, Investment Co. of Am. | B | Dividend | M | T | | | | | |
| 6. Microsoft Corp. | A | Dividend | J | T | Buy | 10/15/09 | J | | |
| 7. EuroPacific Growth Fund | A | Dividend | | | Sold | 1/30/09 | J | (c) | |
| 8. Procter & Gamble, Stock | A | Dividend | K | T | | | | | |
| 9. Capital World Growth & Income | A | Dividend | J | T | | | | | |
| 10. PNC, Stock | A | Dividend | | | Sold | 10/15/09 | J | B | |
| 11. Allegheny Co. PA Sanitary Auth. Bond | A | Interest | K | T | | | | | |
| 12. Suntrust Banks | A | Dividend | J | T | | | | | |
| 13. Am. Funds, Growth Fund of America | A | Dividend | K | T | | | | | |
| 14. PA State Second Sec. Bond | A | Interest | K | T | | | | | |
| 15. Lancaster, PA General Oblig. Bond | A | Interest | | | Sold | 05/04/09 | K | A | |
| 16. State Public School Bldg Authority Bond | A | Interest | K | T | Buy | 05/07/09 | K | | |
| 17. Am. Funds, American Balanced Fund | B | Dividend | K | T | Buy | 12/31/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Funds, Capital Income Builder | C | Dividend | M | T | Buy | 01/30/09 | J | | |
| 19. Am. Funds, Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 20. PA Public School Building Bond | A | Interest | K | T | | | | | |
| 21. PA State Higher Edu. Bond | A | Interest | K | T | | | | | |
| 22. Philadelphia, PA Hosp. Bond | A | Interest | K | T | | | | | |
| 23. Income Fund of America | B | Dividend | L | T | | | | | |
| 24. Daimler Chrysler Bond | A | Interest | | | Sold | 05/26/09 | K | A | |
| 25. BGE-Capital Trust II | B | Interest | K | T | | | | | |
| 26. G-M Acceptance Corp Bond | A | Interest | | | Sold | 05/26/09 | K | A | |
| 27. American High Income Trust Fund | A | Interest | J | T | Buy | 01/30/09 | J | | |
| 28. American High Income Trust Fund | D | Dividend | L | T | Buy (add'l) | 06/08/09 | K | | |
| 29. American Funds, Cap. Income Builder | C | Dividend | L | T | | | | | |
| 30. American Mutual Fund | A | Dividend | J | T | Buy | 01/30/09 | J | | |
| 31. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 32. Bond Fund of America | A | Dividend | J | T | Buy | 01/30/09 | J | | |
| 33. Am. Funds, Small Cap World Funds | B | Dividend | K | T | Sold (part) | 01/30/09 | K | A | |
| 34. Am. Funds, New Perspective Fund | | | | | Sold (part) | 01/30/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Am. Funds, New Perspective Fund | B | Dividend | L | T | Sold (part) | 10/20/09 | J | A | |
| 36. Income Fund of America | A | Dividend | J | T | Buy | 01/30/09 | J | | |
| 37. Am. Funds, Investment Co. of Am. | B | Dividend | L | T | | | | | |
| 38. Pimco Real Return Fund | A | Dividend | J | T | Buy | 02/04/09 | J | | |
| 39. Am. Funds, American Balanced Fund | A | Dividend | J | T | | | | | |
| 40. Am. Funds, Europacific Growth Fund | A | Dividend | | | Sold | 01/30/09 | J | A | |
| 41. Am. Funds, Growth Fund of America | A | Dividend | J | T | | | | | |
| 42. Investment Co. of America | A | Dividend | J | T | Buy | 10/20/09 | J | | |
| 43. Citibank NA S.D. | A | Interest | J | T | | | | | |
| 44. Allegheny Co. Fed Credit Union -- CD | A | Dividend | | | Redeemed | 03/05/09 | J | A | |
| 45. Fundamental Investors Fund | A | Dividend | K | T | Sold (part) | 10/15/09 | K | (c) | |
| 46. Tax Exempt Bond Fund of America | A | Interest | J | T | Buy | 10/15/09 | J | | |
| 47. Income Fund of America | B | Dividend | K | T | | | | | |
| 48. American High Income Bond Fund | A | Interest | J | T | Buy | 10/15/09 | J | | |
| 49. Am Funds, Capital World Growth Inc. | B | Dividend | K | T | | | | | |
| 50. Fed Ex Corp Stock | A | Dividend | J | T | | | | | |
| 51. Investment Co. of America | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. National City Bank - Bank Acct. | A | Interest | J | T | | | | | |
| 53. Washington Mutual Investors Fund 529A | A | Dividend | K | T | | | | | |
| 54. Capital World Growth and Income 529A | A | Dividend | J | T | | | | | |
| 55. Fundamental Investors 529A | A | Dividend | J | T | | | | | |
| 56. Investment Co. of America 529A | A | Dividend | J | T | | | | | |
| 57. Fidelity, Equity Income, IRA | B | Dividend, cap gain | K | T | Part Redeem | 12/01/09 | J | | |
| 58. Fidelity, Equity Income Individual | A | Dividend | J | T | Transfer from IRA | 12/01/09 | J | | |
| 59. Fidelity, Canada | A | Dividend | K | T | Buy | 12/04/09 | J | | |
| 60. Fidelity, Latin America | A | Dividend | K | T | Buy | 12/30/09 | J | | |
| 61. Fidelity, Nordic | A | Dividend | | | Redeemed | 12/16/09 | J | (C) | |
| 62. Fidelity, Southeast Asia | A | Dividend | | | Redeemed | 12/16/09 | K | (D) | |
| 63. Fidelity, Convertible Securities | A | Dividend | | | Redeemed | 12/16/09 | K | (D) | |
| 64. Fidelity, International Discovery | A | Dividend | | | Redeemed | 12/16/09 | J | (C) | |
| 65. Fidelity Fifty | A | Dividend | J | T | | | | | |
| 66. Wal-Mart Stores, Inc., stock | A | Dividend | J | T | | | | | |
| 67. National City Bank -- C.D. | A | Interest | | | Redeemed | 12/09/09 | J | A | |
| 68. PNC Money Market | | | | | Buy | 10/24/08 | J | | Footnote 1 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PNC Money Market | | | | | Buy (add'l) | various 2009 | J | | |
| 70. PNC Money Market | A | Interest | K | T | Buy (add'l) | 06/26/09 | J | | |
| 71. Citizens Bank Savings Account | A | Interest | K | T | Buy | 03/09 | K | | Footnote 2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Footnote 1: Line 68: This savings account was opened in October 2008 with a $10,000 deposit from funds which had accumulated in our checking account into which my monthly government check is directly deposited. It was inadvertently omitted from my 2008 ethics report which I hereby request be amended accordingly. We now make regular deposits from our checking account throughout the year into this account, plus a $12,429 deposit in June 2009 from an income tax refund.

Footnote 2: Line 71: This consists of the proceeds of redemption of Mass Mutual life insurance in January 2008. Those proceeds had been held in a non-interest account until this investment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544